UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHILONG WANG,

      Plaintiff,

 v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES.

      Defendant.

Case No.  2:23-cv-06778-SB-JC

ORDER TO SHOW CAUSE RE:
LACK OF PROSECUTION

Generally, a plaintiff must serve process on defendant within 90 days of the filing of the complaint.  *See* Fed. R. Civ. P. 4(m).  This matter was filed on August 16, 2023.  Dkt. No. 1.  More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service.  Plaintiff is ordered to show cause, in writing, no later than November 27, 2023, why this action should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause (OSC) the filing, on or before November 27, 2023, of proof of service showing that Defendant was served within the 90-day period or a showing of good cause to extend the service period. The filing of such a proof of service or showing of good cause shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

      IT IS SO ORDERED.

Date: November 21, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1