JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHILONG WANG,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br><br>    Defendant. | Case No. 2:23-cv-06778-SB-JC<br><br>ORDER DISMISSING CASE FOR<br>LACK OF PROSECUTION |

    Plaintiff filed this action on August 16, 2023.  Dkt. No. 1.  Plaintiff has not shown that it served Defendant within 90 days as required by Rule 4(m) of the Federal Rules of Civil Procedure.  On November 21, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of prosecution, warning Plaintiff that failure to respond by November 27 would be construed as consent to dismissal.  Dkt. No. 9.  Plaintiff failed to respond.  Accordingly, the Court dismisses the action in its entirety without prejudice.

Date: December 11, 2023

                                                 Stanley Blumenfeld, Jr.
                                             United States District Judge